No. 75–1152.  Seminara v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 75–1215.  Freedman v. United States.  C. A. 3d Cir.  Certiorari denied. ▮

No. 75–1216.  National Association of Radiotelephone Systems v. Federal Communications Commission et al.  C. A. D. C. Cir.  Certiorari denied. ▮

No. 75–1246.  Star Broadcasting, Inc., et al. v. Federal Communications Commission et al.  C. A. D. C. Cir.  Certiorari denied. ▮

No. 75–1252.  Wamp et al. v. Chattanooga Housing Authority et al.  C. A. 6th Cir.  Certiorari denied.

No. 75–1253.  Perry v. United States.  C. A. 4th Cir.  Certiorari denied. ▮

No. 75–1271.  Atchison, Topeka & Santa Fe Railway Co. v. United States.  C. A. 9th Cir.  Certiorari denied. ▮

No. 75–1282.  Lau v. Levi, Attorney General.  C. A. 6th Cir.  Certiorari denied. ▮

No. 75–1333.  Paramount Convalescent Center, Inc. v. Department of Health Care Services et al.  Sup. Ct. Cal. ▮

No. 75–1381.  Paduano et al. v. Commissioner of Internal Revenue.  C. A. 2d Cir.  Certiorari denied.